## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

HSBC BANK USA, N.A., AS TRUSTEE FOR THE HOLDERS OF THE ELLINGTON LOAN HOLDERS OF THE ELLINGTON LOAN ACQUISITION TRUST 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1 C/O NATIONSTAR MORTGAGE, LLC D/B/A MR. COOPER,

      Respondents

        v.

ANDRES JALON AND REGENNA JALON,

      Petitioners

: No. 135 MM 2018
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 31st day of October, 2018, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.